85 F.3d 611
 Milton Day, Jr.
v.
Cityof Philadelphia, Pa., Phila. Police Dept., S.C.U.
Agents, Lt. Gilliam, Sgt. Raymond Kaczinski, Raymond
Vaasquizi, Vince Pellicore, Frank Mastrangelo, Adam McLeish,
Edward Lane, Frank Martin, David Poveernick, William
Ciliberti, Steven Driver, Theodore Sanchez, Clothosborn,
Guzzi, Levitsky, (West Detectives), Robert Wisely, Geirge
Butler, (Twelfth District), William Blackburn, Sgt., Members of Board
 NO. 95-1933
 United States Court of Appeals,
Third Circuit.
 Apr 12, 1996
 
 Appeal From: E.D.Pa., No. 94-CV-04112,
 Green, J.
 
 
 1
 AFFIRMED.